United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PO-YANG FRANK LIN, YUH-WEN LEU LIN,

    Plaintiffs,

  v.

VICTORIA BROOKS,

    Defendant.
                                /

No. C 16-03829 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION**

      The Court has reviewed the report and recommendation of Magistrate Judge Jacqueline Scott Corley and agrees that this unlawful detainer action, which was improperly removed to federal court, should be remanded to state court (Dkt. No. 7). No objections were filed in response to the report. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Corley. This action is hereby **REMANDED** to Contra Costa County Superior Court. The clerk shall please **CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: September 2, 2016

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE